

[Cite as *11/18/2002 Case Announcements,* 2002-Ohio-6249.]

# CASE ANNOUNCEMENTS AND ADMINISTRATIVE ACTIONS

*November 18, 2002*

## MOTION AND PROCEDURAL RULINGS

2002–1239.   **State ex rel. Chesbrough v. Indus. Comm.**
Franklin App. No. 01AP–1077, 2002-Ohio-2907. This cause is pending before the court as an appeal from the Court of Appeals for Franklin County. Upon consideration of appellant's motion for extension of time to file appellant's merit brief pursuant to S.Ct. Prac. R. XIV(6)(C),

IT IS ORDERED by the court that the motion for extension of time be, and hereby is, granted, and appellant's merit brief is due on or before December 2, 2002.

## MEDIATION REFERRALS

The following cases have been returned to that regular docket pursuant to S.Ct.Prac.R. XIV(6)(E):

2002–1557.   **State ex rel. Steelcraft Mfg. Co. v. Indus. Comm.**
Franklin App. No. 01AP–1271, 2002-Ohio-3778.

2002–1626.   **State ex rel. Blanton v. Indus. Comm.**
Franklin App. No. 01AP–1197, 2002-Ohio-4037.

2002–1676.   **State ex rel. DaimlerChrysler Corp. v. Indus. Comm.**
Franklin App. No. 01AP–1354, 2002-Ohio-4309.